[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
————————————————

No. 06-11885
Non-Argument Calendar
————————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 18, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00394-CR-T-27-TGW

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

    versus

WILMER EDELBERTO BALMA,
a.k.a. Wilmer Edilberto Palma-Torres,

                                                        Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

**(May 18, 2007)**

Before ANDERSON, DUBINA and BARKETT, Circuit Judges

PER CURIAM:

    Todd H. Seiden,, appointed counsel for Wilmer Edelberto Balma in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.

Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Balma's conviction and sentence are **AFFIRMED**.